# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SELECTA KLEMM GMBH CO. KG,<br>KLEMM & SOHN GMBH & CO. KG,<br><br>   Plaintiffs,<br><br>   v.<br><br>WESTHOFF VERTRIEBSGESELLSCHAFT, MBH,<br>VIVERO INTERNACIONAL, S.A. DE C.V.,<br>PLANT SOURCE INTERNATIONAL MEXICO,<br>COHEN PROPAGATION NURSERIES LTD.,<br><br>   Defendants. | Civil Action No. 2:23-cv-00531-JRG<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Selecta Klemm GmbH Co. KG and Klemm & Sohn GmbH & Co. KG, (collectively, "Selecta") moves to dismiss Selecta's Complaint (Dkt. 1) without prejudice as to all defendants. A proposed order is submitted herewith.

Respectfully submitted, this 22nd day of October, 2024.

/s/ Deron R. Dacus
Deron R. Dacus

**The Dacus Firm, P.C.**
Deron R. Dacus
Texas Bar No. 00790553
ddacus@dacusfirm.com
821 ESE Loop 323
Suite 430
Tyler, TX  75701
Telephone:    (903) 705-7233
Facsimile:    (903) 705-7233

*Attorneys for Plaintiffs Selecta Klemm GmbH Co. KG and Klemm & Sohn GmbH & Co. KG*

*Of Counsel:*

Daniel J. Knauss, J.D., Ph.D. (CA Bar 267414)
(*pro hac vice* to be filed)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400
Email:  dknauss@cooley.com