IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SELECTA KLEMM GMBH CO. KG and KLEMM & SOHN GMBH & CO. KG, § § § § *Plaintiffs*, § v. § § WESTHOFF § VERTRIEBSGESELLSCHAFT, MBH, *et al.*, § § § *Defendants*. § § | CIVIL ACTION NO. 2:23-CV-00531-JRG |

## ORDER

Before the Court is the Motion to Dismiss Without Prejudice (the "Motion") filed by Plaintiffs Selecta Klemm GmbH Co. KG and Klemm & Sohn GmbH & Co. KG, (collectively, "Plaintiffs"). (Dkt. No. 3.) In the Motion, Plaintiffs request dismissal of the above-captioned case under Rule 41(a)(1)(A)(i) without prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 29th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE